IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON JAMES RUTHERFORD,

          Plaintiff,                No. CIV S-06-0441 LKK KJM P

    vs.

NARINDER SAUKHLA M.D., et al.,

          Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $250.00 for this action.  28 U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $00.37 will be assessed by this order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the

1

1    preceding month's income credited to plaintiff's prison trust account.  These payments will be

2    forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

3    account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

4            The court is required to screen complaints brought by prisoners seeking relief

5    against a governmental entity or officer or employee of a governmental entity.  28 U.S.C.

6    § 1915A(a).  On April 21, 2006, plaintiff filed an amended complaint and a "supplemental"

7    complaint.  The court will screen both of these documents as plaintiff's amended complaint and

8    order that the Clerk of the Court combine the documents and file them under the heading

9    "Amended Complaint."

10           Plaintiff's amended complaint states claims for violations of the Eighth

11   Amendment against defendants Saukhla, Bick, Donahue, Koury and Andreasen.  The court will

12   order service of process with respect to these claims and defendants.  With respect to the other

13   claims identified in plaintiff's amended complaint, plaintiff's amended complaint fails to state a

14   claim upon which relief can be granted.[1]

15           Plaintiff has requested the appointment of counsel.  The United States Supreme

16   Court has ruled that district courts lack authority to require counsel to represent indigent

17   prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In

18   certain exceptional circumstances, the court may request the voluntary assistance of counsel

19   pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);

20   Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

21   does not find the required exceptional circumstances.  Plaintiff's motion for the appointment of

22   counsel will therefore be denied.

23   /////

24   /////

25   _____

26   　　　[1]  Plaintiff asserts violations of state law in his amended complaint but fails to identify
persons who violated his rights under state law.

2

1    Finally, the court notes that plaintiff has filed a request for a preliminary

2  injunction.  Because there are no defendants currently before the court, plaintiff's motion will be

3  denied without prejudice refiling after defendants are served with process.

4    Accordingly, IT IS HEREBY ORDERED that:

5    1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

6    2.  Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action.

7  Plaintiff is assessed an initial partial filing fee of $00.37.  All fees shall be collected and paid in

8  accordance with this court's order to the Director of the California Department of Corrections

9  and Rehabilitation filed concurrently herewith.

10    3.  The Clerk of the Court is directed to file documents #9 and #10 appearing in

11  the court's docket as one document under the heading "Amended Complaint."   The Clerk shall

12  now identify document #9 as "Copy of Complaint."

13    4.  Service is appropriate for the following defendants:  Saukhla, Bick, Donahue,

14  Koury and Andreasen.

15    5.  The Clerk of the Court shall send plaintiff five USM-285 forms, one summons,

16  an instruction sheet and a copy of the amended complaint filed April 21, 2006.

17    6.  Within thirty days from the date of this order, plaintiff shall complete the

18  attached Notice of Submission of Documents and submit the following documents to the court:

19    a.  The completed Notice of Submission of Documents;

20    b.  One completed summons;

21    c.  One completed USM-285 form for each defendant listed in number 4

22    above; and

23    d.  Six copies of the endorsed amended complaint filed April 21, 2006.

24    7.  Plaintiff need not attempt service on defendants and need not request waiver of

25  service.  Upon receipt of the above-described documents, the court will direct the United States

26  /////

1  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

2  without payment of costs.

3         8.  Plaintiff's April 3 and April 21, 2006 motions for the appointment of counsel

4  are denied.

5         9.  Plaintiff's July 14, 2006 request for a preliminary injunction is denied without

6  prejudice.

7  DATED:  March 29, 2007.

8

9  _____

10 U.S. MAGISTRATE JUDGE

11

12 1/mp
   ruth0441.amd

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11              Plaintiff,                    No. CIV

12        vs.

13                                            NOTICE OF SUBMISSION

14              Defendants.                   OF DOCUMENTS

15 _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17 order filed _____:

18              __1__        completed summons form

19              __5__        completed USM-285 forms

20              __6__        copies of the _____
                                          Amended Complaint
21 DATED:

22

23                                           _____
                                             Plaintiff
24

25

26