IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON JAMES RUTHERFORD,

      Plaintiff,                    No. CIV S-06-0441 LKK KJM P

    vs.

NARINDER SAUKHLA, et al.,

      Defendants.            ORDER

_____/

        On December 28, 2007, defendants filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment. Failure to file an opposition will result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: March 5, 2008.

                                            U.S. MAGISTRATE JUDGE

ruth0441.46osc